UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

COLLEEN THOMPSON,

        Plaintiff(s),

v.

HOME DEPOT, U.S.A., INC.,

        Defendant(s).
        /

Case No. 15-cv-13775

Judge Mark A. Goldsmith

Magistrate Judge Mona K. Majzoub

# STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Home Depot U.S.A., Inc.__
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☒     No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: __The Home Depot, Inc.__
   Relationship with Named Party: ____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐     No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: ____
   Nature of Financial Interest: ____

Date: December 11, 2015

s/Miyuki Oshima
Signature

P73259
Bar No.

Ogletree, Deakins, Nash, Smoak & Stewart, PLLC
34977 Woodward Avenue, Suite 300
Street Address

Birmingham, MI 48009
City, State, Zip Code

248-593-6400
Telephone Number

miyuki.oshima@ogletreedeakins.com
Primary Email Address